UNITED STATES of America, Plaintiff—Appellee,

v.

Rosa RENDON–RUIZ, Defendant— Appellant.

No. 00–50627.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001 *.

Submission Vacated in Part July 25, 2001.

Resubmitted Aug. 7, 2002.

Decided Aug. 7, 2002.

Before: RYMER and RAWLINSON, Circuit Judges, and POGUE, Judge.**

SUPPLEMENTAL MEMORANDUM ***

Rosa Rendon–Ruiz appeals her conviction for importing and possessing with intent to distribute 63.9 pounds of marijuana in violation of 21 U.S.C. §§ 841(a)(1), 952 and 960. We affirm.

On July 25, 2001, we vacated submission of Rendon–Ruiz's claims under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct.

---

Fed. R.App. P. 34(a)(2). Furthermore, Davis' request for appointment of counsel on appeal is denied.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** Honorable Donald C. Pogue, Judge, United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

2348, 147 L.Ed.2d 435 (2000). On that same date, we decided Rendon–Ruiz's other claims.

Rendon–Ruiz's argument that 21 U.S.C. §§ 841 and 960 are unconstitutional under *Apprendi* is foreclosed by *United States v. Buckland*, 289 F.3d 558, 563–68 (9th Cir. 2002) (en banc) and *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–10 (9th Cir. 2002).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.